THE JEWETT LAW GROUP, INC.
BRADLEY E. JEWETT (BAR NO. 222773)
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Phone:  (213) 943-1334
Fax:  (213) 402-2797
E-mail:  Brad@JewettLawGroup.com

JS-6

Attorneys for Plaintiff
EDEN SURGICAL CENTER,
A California medical corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN SURGICAL CENTER, a California medical corporation,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES, AFTRA HEALTH FUND; AFTRA HEALTH FUND<br><br>Defendants. | Case No. CV13-00602 RSWL (VBKX)<br><br>Assigned to the Honorable Ronald S.W. Lew<br><br>**ORDER ON STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(ii)** |

///

///

///

THE JEWETT LAW
GROUP, INC.

[1]

ORDER DISMISSING ACTION

1      Pursuant to the Parties' Stipulation of Dismissal With Prejudice Pursuant to

2  *Federal Rule of Civil Procedure* 41, and GOOD CAUSE APPEARING

3  THEREFOR, it is **HEREBY ORDERED, ADJUDGED and DECREED** as

4  follows:

5      1) This entire action, and each and every claim for relief asserted therein,

6      shall be and hereby is **DISMISSED IN ITS ENTIRETY WITH**

7      **PREJUDICE;**

8      2) Each party shall bear its own attorneys' fees and costs in this action.

9  **IT IS SO ORDERED.**

10

11  Dated:  August 13, 2013           /s/ Ronald S. W. Lew

                           HONORABLE RONALD S.W. LEW

12                             Senior, U.S. District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE JEWETT LAW
GROUP, INC.

[2]

ORDER DISMISSING ACTION